SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>vs.<br><br>Elva L. Sanchez, et al,<br><br><br>    Defendants | Case No.: CIV.S 10-cv-00320-JAM-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ROEDJE CORPORATION AND ORDER**<br><br>Complaint Filed:  FEBRUARY 6, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Roedje Corporation) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.  Defendant (Roedje Corporation) is dismissed because this Defendant is not a proper party to this action.

Dated: March 18, 2010                                    /s/Scott N. Johnson_____
                                                                         SCOTT N. JOHNSON
                                                                         Attorney for Plaintiff

1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED**.

Dated:   March 22, 2010            /s/ John A. Mendez
                                   U. S. DISTRICT COURT JUDGE

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                              CIV: S-10-00320-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com