SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Elva L. Sanchez, et al,<br><br><br><br>Defendants | Case No.: CIV.S 10-cv-00320-JAM-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ELVIA ROMERO; RAY ROMERO AND ORDER**<br><br>Complaint Filed:  FEBRUARY 6, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

    **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Elvia Romero; Ray Romero) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendants (Elvia Romero; Ray Romero) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: April 5, 2010                              /s/Scott N. Johnson
                                                                     SCOTT N. JOHNSON
                                                                     Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED**.

Dated:   April 5, 2010                              /s/ John A. Mendez
                                                    U.S. DISTRICT JUDGE

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                    CIV: S-10-00320-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com